✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __GSA-OIG__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-1336-DLC, 21-6403,6404-MPK, 21-2301-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Kevin Richards__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name __n/a__
Address __(City & State) Hanover, MA__

Birth date (Yr only): __1970__   SSN (last4#): __3442__   Sex __M__   Race: __W__   Nationality: __US__

**Defense Counsel if known:**   __Peter K. Levitt__   Address __Donnelly, Conroy & Gelhaar, LLP__

**Bar Number** __565761__   __260 Franklin St., Suite 1600__
__Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA** __Dustin Chao, Christine Wichers__   Bar Number if applicable __631857__

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __02/09/2022__   Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Kevin Richards

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 201(c)(1)(B) | Receipt of Illegal Gratuity by a Public Official | 1 |
| Set 2 | 18 USC 1001(a)(2) | False Statements | 2-3 |
| Set 3 | 18 USC 981, 28 USC 2461 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____